FILED
06 NOV -8 PM 1:23
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INSURANCE COMPANY, | CASE NO: 04-CV-0405-BEN(RBB) |
| Plaintiff, | ORDER; (1) DISMISSING DEFENDANT CENTURY-NATIONAL INSURANCE COMPANY AND DEFENDANT MT. HAWLEY INSURANCE COMPANY; (2) DISMISSING COUNTER-DEFENDANT AMERICAN EQUITY; AND (3) ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| CENTURY-NATIONAL INSURANCE COMPANY and MT. HAWLEY INSURANCE COMPANY, | |
| Defendants. | |
| MT. HAWLEY INSURANCE COMPANY, | |
| Counter-Claimant, | |
| v. | |
| AMERICAN EQUITY INSURANCE COMPANY; CENTURY-NATIONAL INSURANCE COMPANY, | |
| Counter-Defendants. | |

After having considered the Joint Motion of the Plaintiff and Counter-Defendant American Equity Insurance Company ("American Equity"), Defendant Century-National Insurance Company ("Century-National") and Defendant and Counter-Claimant Mt.

Hawley Insurance Company ("Mt. Hawley") pursuant to Fed.R. Civ. P.41(a), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendants Century-National and Mt. Hawley shall be dismissed from American Equity's Complaint in the above-captioned action with prejudice;

2. Counter-Defendant American Equity shall be dismissed from Mt. Hawley's Counter-Claim;

3. The Complaint and the Counter-Claim in the above-captioned action shall be dismissed with prejudice; and ,

4. Each party shall each bear their own attorney's fees and costs in connection with this action.

Dated: November 6, 2006

Hon. Roger T. Benitez
United States District Court Judge